170 A.3d 938

SATEC, INC. AND SATEC, LLC, PLAINTIFFS–PETITIONERS, v. THE HANOVER INSURANCE GROUP, INC., CITIZENS INSURANCE COMPANY OF AMERICA, GRINSPEC INSURANCE AGENCY, INC. D/B/A CENTRIC INSURANCE AGENCY AND LEE NESTEL, DEFENDANTS–RESPONDENTS, AND THE HANOVER INSURANCE GROUP, INC., CITIZENS INSURANCE COMPANY OF AMERICA, DEFENDANTS/THIRD–PARTY PLAINTIFFS–RESPONDENTS, v. PATRICK SPINA, THIRD–PARTY DEFENDANT.

September 22, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005103–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.